IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES GIBSON BAILEY,<br><br>Defendant. | CR 19-09-BU-DLC<br><br>**ORDER** |

Defendant appeared before the Court on September 24, 2019, for a hearing on the United States' motion to revoke his pretrial release. Defendant was advised of his right to a hearing on the alleged violations of the terms and conditions of his release. Defendant waived a hearing and admitted to Violation No. 1 and 2 in the Affidavit of PTSO Kade M. Henderson. Accordingly, the Court finds by clear and convincing evidence that Defendant violated the terms of his release as set forth in the petition. (*See* Doc. 42-2.)

The United States then moved to detain Defendant pending trial. Defendant consented to detention, reserving any right he has to request a detention hearing at a later date.

Accordingly, IT IS ORDERED that the United States' motion to revoke Defendant's pretrial release is **GRANTED**. Defendant is remanded to the custody

of the United States Marshals Service.

DATED this 24th day of September, 2019.

                                                _____
                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge