IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION


FILED
JAN 27 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–09–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES GIBSON BAILEY, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 87.) Defendant Charles Gibson Bailey entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

IT IS ORDERED that the Government's Motion is GRANTED. Defendant Bailey's interest in the following property is forfeited to the Government in accordance with 18 U.S.C. § 924(d), 26 U.S.C. § 5872:

- all destructive devices possessed by the defendant, specifically items 19-ATF-021263, 19-ATF-021264, 19-ATF-021265, and 19-ATF021266;

- one suspected silencer, item 19-ATF-021041;

- all ammunition and firearm accessories possessed by the defendant, specifically items 19-ATF-020639, 19-ATF-0202640, 19-ATF020641, 19-ATF-020642, 19-ATF-020643, 19-ATF-020644, 19-ATF020645, 19-ATF-020646, 19-ATF-020647, 19-ATF-020648, 19-ATF020649, 19-ATF-

-1-

020650, 19-ATF-020651, 19-ATF-020652, 19-ATF020922, 19-ATF-020923, 19-ATF-020924, 19-ATF-020925, 19-ATF020926, 19-ATF-020927, 19-ATF-020928, 19-ATF-020929, and 19- ATF-020930;

- a Marlin Firearms Company, Golden 50 Glenfield Model65 semiautomatic rifle, .22LR caliber, bearing serial number 27111034 (item 19-ATF-020632);

- a Sturm, Ruger and Company, Inc., model AR-556 semiautomatic rifle, 5.56 NATO caliber, bearing serial number 855-38614 (item 19- ATF-020633);

- a Savage Arms, Inc., Model 110 bolt-action rifle, .338 Lapua Magnum caliber, bearing serial number K955228 (item 19-ATF020634);

- a Smith & Wesson, Model 500 revolver, 500 Smith & Wesson Magnum caliber, bearing serial number DJD7626 (item 19-ATF020635);

- a Smith & Wesson, model 29-2 revolver, .44 Magnum caliber, bearing serial number S316018 (item 19-ATF-020636);

- a Smith & Wesson brand, model M&P 9 SHIELD M2.0 semiautomatic pistol, 9mm NATO caliber, bearing serial number LFM6703 (item 19-ATF-020637); • a Beretta (Fabbrica d'Armi Pietro Beretta), model PX4 Storm SD Type F semiautomatic pistol, .45 ACP caliber, bearing serial number PK38513 (item 19-ATF-020638);

- a Davis Industries, Model D38 derringer style pistol, .38 Special caliber, bearing serial number D123498 (item 19-ATF-020921). THAT the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the Government will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the Government's intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed. Upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 27th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court